*Preston Boyd,* appellant, in propria persona.

*Frank P. Lawley, Jr.,* Deputy Attorney General, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, June 30, 1965:
Order affirmed.

Shanken *v.* Upper Moreland Township,
Appellant.

Argued April 28, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

628 

*H. Lyle Houpt,* Township Solicitor, with him *Benjamin R. Townsend, David C. Auten,* and *Townsend, Elliott & Munson,* for township, appellant.

*William S. Livengood, Jr.,* with him *Mayor Shanken,* and *Hankin, Hankin & Shanken,* and *Livengood, Braucher & Stroup,* for appellees.

OPINION PER CURIAM, June 30, 1965:
Order affirmed.
Mr. Justice COHEN dissents.

## Zinberg v. Lowenschuss, Appellant.

Argued April 26, 1965. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

 reargument refused July 26, 1965.

*Stanley M. Poplow,* with him *Bellis, Kolsby & Poplow,* for appellant.